CLIFFORD A. EGER, ET UX. v. E.I. DU PONT
DE NEMOURS COMPANY.

May 19, 1987.

Petition for certification granted.


ECHELON CHEVROLET, INC. v. GENERAL
MOTORS CORPORATION.

May 19, 1987.

Petition for certification denied.


MARILYN M. COWAN v. CAROLE ELTRIDGE, R.N.

May 19, 1987.

Petition for certification granted.  (See 215 *N.J.Super.* 484)


MARILYN M. COWAN v. RICHARD DOERING, M.D.

May 19, 1987.

Petition for certification granted.  (See 215 *N.J.Super.* 484)